UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT C. MITCHELL, JR. | : | |
| -vs- | : | C.A. No. 05-101ML |
| CITIZENS SAVINGS BANK, Rhode Island Successor in interest to CITIZENS TRUST COMPANY, EDWARDS & ANGELL, LLP, SINCLAIR KENNEY and CAROL A. COVELL | : | |

FILED APR 21 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOTION TO REMAND**

Plaintiff, by his undersigned attorney, moves this Court for an order remanding the case to Superior Court for the State of Rhode Island on the grounds the above-entitled action was improperly removed hereto and it not within the jurisdiction of this Court in that all the defendants named in plaintiff's complaint and properly served in this action did not join in the petition for removal. In support of his motion, plaintiff will respectfully show:

1. That Citizens Savings Bank, a corporation, was named as a co-defendant in this action and was properly and lawfully served pursuant to applicable provisions of the laws of the State of Rhode Island.

2. The claims alleged by plaintiff in the above-entitled action against the four defendants named herein are not separate and independent claims or causes of actions and the plaintiff does not plead separate or independent claims or causes of actions against such defendants and defendant, Citizens Savings Bank, has not so alleged in its petition for removal.

3. Co-defendant, Edwards & Angell, LLP, subjected itself to the jurisdiction of

Granted. Mary M. Lisi 4/22/05

5

the Rhode Island Superior Court and thereafter waived its rights to join in the removal of this action to this Court by requesting from plaintiff an extension of time in which to file its Answer in such Court, which request was granted by plaintiff.

4. Even if co-defendant, Edwards & Angell, LLP, did not waive its right to removal of this petition hereto, it has chosen not to join in the petition for removal filed by defendant, Citizens Savings Bank, despite specific and expressed request to do so on the part of defendant.

5. Further, the petition of defendant, Citizens Savings Bank, fails to allege any reason why co-defendant, Edwards & Angell, LLP, named herein refused and failed to join in the petition for removal of the above-entitled action to this Court.

6. In any event, the time in which co-defendant, Edwards & Angell, LLP, and the other defendants could have filed and joined in the petition for removal of the above-entitled action to this Court has expired.

ROBERT C. MITCHELL, JR.
By his attorney,

ARMANDO O. MONACO, II, ESQUIRE #0864
P.O. Box 311
East Greenwich, Rhode Island 02818

I hereby certify that on the 1st day of ~~March~~ April, 2005, I mailed a copy of the within to Bernard A. Jackvony, Esquire, 170 Westminster Street, Suite 201, Providence, RI 02903, Samuel D. Zurier, Esquire, 10 Weybosset Street, Providence, RI 02903, Deming E. Sherman, Esquire, 2800 Financial Plaza, Providence, RI 02903.