UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT C. MITCHELL, JR. :

-vs- : C.A. No. 05-101ML

CITIZENS SAVINGS BANK, :
Rhode Island Successor in interest to
CITIZENS TRUST COMPANY,
EDWARDS & ANGELL, LLP, :
SINCLAIR KENNEY and :
CAROL A. COVELL :

RECEIVED
MAY 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ORDER**

The Motion to Remand filed by plaintiff, Robert C. Mitchell, Jr., to remand the above-entitled action to State of Rhode Island Superior Court from where it was filed, came on to be heard by this Honorable Court on April 22, 2005 and it appearing to this Court that the above-entitled matter was improperly moved to this Court and that this Court therefore is without jurisdiction over the action for the reason that defendants, Edwards & Angell, LLP, Sinclair Kenney and Carol A. Covell, are necessary parties to the action and although named in plaintiff's complaint as named defendants and served with process in these proceedings in the State of Rhode Island Superior Court, that said defendants did not join in the petition for removal herein filed by defendant, Citizens Savings Bank.

It is therefore ORDERED that the above-entitled action hereby is remanded to the State of Rhode Island Superior Court for such other and further proceedings as that Court deems proper.

ENTER: By Order,

Mary M. Lisi USDJ. Barbara Barletta
5/25/05

6

Presented by:

[signature]

ARMANDO O. MONACO, II, ESQ.#0864
Attorney for Plaintiff
P.O. Box 311
East Greenwich, Rhode Island 02818

**CERTIFICATION**

I hereby certify that on the 10th day of May, 2005, I mailed a copy of the within to Bernard A. Jackvony, Esquire, 170 Westminster Street, Suite 201, Providence, RI 02903, Samuel D. Zurier, Esquire, 10 Weybosset Street, Providence, RI 02903, Deming E. Sherman, Esquire, 2800 Financial Plaza, Providence, RI 02903.

Doreen M. Cabral